

# NUMBER 13-21-00006-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KRISTI SHULLAW

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

Relator Kristi Shullaw filed a petition for writ of mandamus in the above referenced cause through which she alleges that the trial court "abused its discretion by failing in its ministerial duty to set aside the defective two-week alternating possession order that contravened the jury verdict, as ordered by the Thirteenth Court of Appeals in its Memorandum Opinion and Mandate." See In re Z.K.S., No. 13-19-00011-CV, 2020 WL 103864, at *1 (Tex. App.—Corpus Christi–Edinburg Jan. 9, 2020, no pet.) (mem. op.).

The Court requests that the real party in interest, Brandon Austin Schonefeld, or any others whose interest would be directly affected by the relief sought, file a response

to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed on the
13th day of January, 2021.